IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  No. 4:05CV01705 WRW

ROGER B. BALLARD; PATRICIA
BALLARD, his wife; SIMMONS
FIRST NATIONAL BANK; FIRST
SELECT, INC.; CITIZENS STATE
BANK; WHITE COUNTY MEDICAL
CENTER; JAMES SNYDER and
DONNA DUNLAP; STATE OF
ARKANSAS, Commissoner of
Revenues; WHITE COUNTY,
ARKANSAS, COLLECTOR; and
THOMAS AUTO SALES, INC.

**ORDER DISMISSING CITIZENS STATE BANK, BALD KNOB, ARKANSAS**

On this date is presented to the Court the Motion to Dismiss Citizens State Bank of Bald Knob, Arkansas, filed by the plaintiff, United States of America.

THEREFORE, IT IS ORDERED that Citizens State Bank of Bald Knob, Arkansas, is dismissed as a defendant.

Dated: 4/14/2006

U. S. DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 14 2006
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK